No. 339, October Term, 1958. SPEVACK *v.* STRAUSS ET AL., 359 U. S. 115. Motion for confirmation of conclusive effect of executed order denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Carleton U. Edwards II* and *Joseph Y. Houghton* on the motion.

No. ——, October Term, 1966. IN RE WERNER. James Lee Werner, Esquire, of Cincinnati, Ohio, having resigned as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice in this Court. MR. JUSTICE MARSHALL took no part in this matter.

No. 624, October Term, 1966. MOODY ET AL. *v.* FLOWERS ET AL., 387 U. S. 97. Motion of appellees to retax costs granted and the costs are equally divided. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Truman Hobbs* on the motion. *Cyrus R. Lewis* for appellants, in opposition.

No. 118, October Term, 1966. DOMBROWSKI ET AL. *v.* EASTLAND ET AL., 387 U. S. 82. Motion of respondent J. G. Sourwine to retax costs denied. MR. JUSTICE BLACK and MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 21. ZSCHERNIG ET AL. *v.* MILLER, ADMINISTRATOR, ET AL. Appeal from Sup. Ct. Ore. (Probable jurisdiction noted, 386 U. S. 1030.) Motion of Slaff, Mosk & Rudman for leave to file brief, as *amicus curiae,* granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Edward Mosk* on the motion.